

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00231-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

On April 11, 2018, relator Acceptance Indemnity Insurance Company filed a petition for writ of mandamus, the real parties in interest responded, and relator replied. After reviewing the petition, response, and reply, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. *See* TEX. R. APP. P. 52.8(c). Relator's "Motion to Stay Proceedings in District Court" is DENIED AS MOOT.

The Honorable Cathleen M Stryker is ORDERED to: (1) vacate the order denying Acceptance Indemnity's motion to compel appraisal and abate; (2) order the parties to engage in the appraisal process pursuant to the terms of the appraisal clause; and (3) abate the litigation pending the completion of the appraisal process. The writ will issue only if we are notified that Judge Stryker has not complied with this order.

It is so **ORDERED** on September 26, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI14954, styled *Agrestic I, LP and Tiberious, LLC v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.